UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

FURON COMPANY, Civil No. 00-748 DWF/AJB

Plaintiff,

v. ORDER

HARVEY VOGEL MANUFACTURING COMPANY,

Defendant/Third-Party Plaintiff,

v.

APPLIED COATING TECHNOLOGY, INC.,

Third-Party Defendant.

---

WHEREAS, the Court issued an Order on May 30, 2000, setting a settlement conference for July 25, 2000, at 9:00 a.m., and

WHEREAS, the Notice of Settlement Conference included a specific order that if a corporation or a collective entity is a party, that a duly authorized officer or managing agent of that party shall be present, and

WHEREAS, despite the clear dictates of the Court's Order, plaintiff violated the Order by failing to have a duly authorized officer or managing agent present at the settlement conference which was held on September 7, 2000, and

WHEREAS, defendant/third-party plaintiff and third-party defendant fully complied with the Court's Notice of Settlement Conference,

NOW THEREFORE, the Court hereby imposes sanctions in the amount of

Filed SEP 08 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

$800.00 against the plaintiff for its failure to comply with the Court's Order and orders that said $800.00 be paid within 30 days from today's date. Said $800.00 shall be split into two payments of $400.00 each, each $400.00 payment to be paid directly to the attorneys representing the defendant/third-party plaintiff and third-party defendant who did undertake the expense of having representatives attend the settlement conference as ordered.

Dated: 9/8/00

ARTHUR J. BOYLAN
United States Magistrate Judge