UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

FURON COMPANY,

Plaintiff,

v.

HARVEY VOGEL MANUFACTURING COMPANY,

Defendant/Third-Party Plaintiff,

v.

APPLIED COATING TECHNOLOGY, INC.,

Third-Party Defendant.

Civil No. 00-748 DWF/AJB

AMENDED PRETRIAL SCHEDULING ORDER

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, the Court hereby amends the pretrial scheduling order previously entered herein on May 25, 2000, as follows:

Discovery Plan

1. Discovery shall be commenced in time to be completed by June 1, 2001.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before May 22, 2001.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by rule 26(a)(2)(B), accompanied by the written report prepared and singed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before April 16, 2001.

Filed SEP 08 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

2. By Defendant/Third-Party Plaintiff and Third-Party Defendant on or before May 15, 2001.

4. No more than 50 interrogatories (counted in accordance with Fed.R.Civ.P. 33(a)) shall be served by any party.

5. No more than five depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than two expert depositions.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be served by January 1, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, June 1, 2001.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by September 1, 2001. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Lowell Lindquist, 651-848-1296.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on January 1, 2002, or upon resolution of any pending dispositive motions. Each party may call no more than two expert witnesses. Anticipated length of trial is five days.

Dated: 9/8/00

ARTHUR J. BOYLAN
United States Magistrate Judge