UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Court File No. 00 CV 748 DWF/AJB

Furon Company,

Plaintiff,

v.

Harvey Vogel Manufacturing Co.,

Defendant and
Third-Party Plaintiff

v.

Valmont Coatings, Inc. d/b/a Applied
Coating Technologies, Inc.

Third-Party Defendant.

**STIPULATION AND ORDER REGARDING DISCOVERY**

---

The parties to this action, acting through their respective counsel of record, hereby enter into this Stipulation to resolve certain discovery disputes, and respectfully request that the Court approve this Stipulation as an Order of the Court:

WHEREAS, on or about December 5, 2000, Defendant Harvey Vogel Manufacturing Co. ("HVMC") filed a motion to compel discovery and for Rule 37 sanctions against Plaintiff; and

WHEREAS, on or about November 29, 2000, Third-Party Defendant Valmont Coatings, Inc., d/b/a Applied Coating Technology, Inc. ("ACT") filed a motion to compel discovery from Plaintiff, which also sought sanctions against Plaintiff for discovery failures; and

WHEREAS, the motions of HVMC and ACT are scheduled to be heard by the Court on December 19, 2000; and

WHEREAS, Plaintiff has not submitted a written response to either the motion of HVMC or the motion of ACT; and

FILED DEC 19 2000
CLERK

WHEREAS, HVMC and ACT have jointly requested that the Court exclude Plaintiff from the oral argument on these motions on December 19, 2000; and

WHEREAS, counsel for the parties have conferred and reached an amicable resolution regarding the pending motions;

NOW, THEREFORE, the parties hereby stipulate and agree:

1. On or before January 9, 2001, Plaintiff will:

   a. Provide supplemental, complete and substantive answers to HVMC's Interrogatory Nos. 2, 3, 6, 7, 9, 12, 14, 15, 16, 17, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30 and 32, served on or about September 28, 2000;

   b. Provide supplemental, complete and substantive responses, and produce all documents responsive, to HVMC's Document Request Nos. 1, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 17 and 18, served on or about September 28, 2000;

   c. Provide complete and substantive answers to ACT's Interrogatories to Plaintiff served on or about June 19, 2000;

   d. Provide complete and substantive responses, and produce all documents responsive, to ACT's Request for Production of Documents to Plaintiff, served on or about June 19, 2000; and

   e. Provide complete and substantive responses, and produce all statements responsive, to ACT's Request for Production of Statements to Plaintiff, served on or about June 19, 2000.

2. On or before February 9, 2001, Plaintiff will produce a witness or witnesses for a 30(b)(6) deposition at the offices of Best & Flanagan LLP, 601 Second Avenue South, Suite 4000, Minneapolis, Minnesota 55402, in accordance with the Notice of Deposition of Furon Company served on or about October 25, 2000, and the First Amended Notice of Deposition of Furon Company served on or about December 5, 2000. Plaintiff's counsel represents that it is actively communicating with Plaintiff at this time regarding dates when the designated witness or witnesses will be available for deposition, and agrees to provide, in good faith and in a timely manner, alternative available dates for the corporate deposition to counsel for HVMC and ACT.

3. On or before January 5, 2000, Plaintiff will pay the amount of $2,500, to the law firm of Best & Flanagan LLP, 601 Second Avenue South, Suite 4000, Minneapolis, Minnesota 55402, to the attention of Sarah C. Madison, for attorney's fees and costs incurred by HVMC in the preparation of its motion to compel discovery and for sanctions.

4. On or before January 5, 2000, Plaintiff will pay the amount of $1,000, to the law firm of Murnane, Conlin, White & Brandt Professional Association, 1800 Piper Jaffray Plaza, 444 Cedar Street, St. Paul, Minnesota 55101, to the attention of Daniel A. Haws, for attorney's fees and costs incurred by ACT in the preparation of its motion to compel discovery and for sanctions.

5. Should Plaintiff fail to meet the requirements of this Stipulation and Order, HVMC and/or ACT will be entitled to sanctions for Plaintiff's contempt as provided in Fed. R. Civ. P. 37, up to and including dismissal of Plaintiff's claims.

6. The parties, through their counsel, respectfully request that the Court enter this Stipulation as an Order of the Court, and that such Order shall have the same force and effect as an Order entered pursuant to Fed. R. Civ. P. 37(a).

7. In consideration of the foregoing, HVMC and ACT agree to cancel the hearing scheduled for December 19, 2000, at 10 a.m., on the pending discovery motions.

**STIPULATION**

Dated: December 18, 2000

MANSOUR, GAVIN, GERLACK & MANOS CO., LPA

By ______________________________

David Cathcart, admitted pro hac vice
Jeffrey Embleton
55 Public Square, Suite 2150
Cleveland, OH 44113-1994
(216) 523-1500

Malcolm MacGregor (# ____________)
STAPLETON, NOLAN, PERSIAN, MACGREGOR, THOMPSON & HYNES
2300 Firstar Center
101 E. Fifth Street
St. Paul, MN 55101
(651) 287-0004

ATTORNEYS FOR PLAINTIFF FURON COMPANY

Dated: December 18, 2000

BEST & FLANAGAN LLP

By Cynthia L. Hegarty

Sarah Crippen Madison (#223074)
Cynthia L. Hegarty (#294627)
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402-4331
(612) 339-7121

ATTORNEYS FOR DEFENDANT HARVEY VOGEL MANUFACTURING CO.

**STIPULATION**

Dated: December 18, 2000

MANSOUR, GAVIN, GERLACK & MANOS CO., LPA

By ______________________________

David Cathcart, admitted pro hac vice
Jeffrey Embleton
55 Public Square, Suite 2150
Cleveland, OH 44113-1994
(216) 523-1500

Malcolm MacGregor (# ____________)
STAPLETON, NOLAN, PERSIAN, MACGREGOR, THOMPSON & HYNES
2300 Firstar Center
101 E. Fifth Street
St. Paul, MN 55101
(651) 287-0004

ATTORNEYS FOR PLAINTIFF FURON COMPANY

Dated: December 18, 2000

BEST & FLANAGAN LLP

By ______________________________

Sarah Crippen Madison (#223074)
Cynthia L. Hegarty (#294627)
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402-4331
(612) 339-7121

ATTORNEYS FOR DEFENDANT HARVEY VOGEL MANUFACTURING CO.

Dated: December 18, 2000

MURNANE, CONLIN, WHITE & BRANDT
PROFESSIONAL ASSOCIATION

By ______________________________

Daniel A. Haws (#193501)
Stacy E. Cudd (#267181)
Patrick Kelly (# 247698 )
1800 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 227-9411

ATTORNEYS FOR THIRD-PARTY DEFENDANT VALMONT COATINGS, INC. D/B/A APPLIED COATING TECHNOLOGY, INC.

**ORDER**

Approved as to form and so ordered.

Dated:

______________________________
Arthur J. Boylan
United States Magistrate Judge

134149

Dated: December 18, 2000

MURNANE, CONLIN, WHITE & BRANDT
PROFESSIONAL ASSOCIATION

By ______________________________
Daniel A. Haws (#193501)
Stacy E. Cudd (#267181)
Patrick Kelly (# ____________)
1800 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 227-9411

ATTORNEYS FOR THIRD-PARTY DEFENDANT VALMONT COATINGS, INC. D/B/A APPLIED COATING TECHNOLOGY, INC.

**ORDER**

Approved as to form and so ordered.

Dated: 12/19/00

Arthur J. Boylan
United States Magistrate Judge

134149