**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

FURON COMPANY, Civil No. 00-748 (DWF/AJB)

Plaintiff,

v. **ORDER OF DISMISSAL**

HARVEY VOGEL MANUFACTURING CO.,

Defendant and Third-Party Plaintiff,

v.

VALMONT COATINGS, INC.,
dba Applied Coating Tech,

Third Party Defendant.

---

Malcolm MacGregor, Esq., Stapleton, Nolan, Persian, MacGregor, Thompson & Hynes, 101 Fifth Street East, Suite 2300, St. Paul, MN 55101; and David Cathcart, Esq., Thomas Blalliar, Jr., Esq., and Jeffrey Embleton, Esq., Mansour, Gavin, Gerlack & Manos, 55 Public Square, Suite 2150, Cleveland, OH 44113, counsel for Plaintiff.

Sarah Madison, Esq., and Cynthia Hegarty, Esq., Best & Flanagan, 4000 First Bank Place, 601 Second Avenue South, Minneapolis, MN 55402, counsel for Defendant and Third-Party Plaintiff.

Daniel Haws, Esq., and Stacy Cudd, Esq., Murnane, Conlin, White & Brandt, 444 Cedar Street, Suite 1800, St. Paul, MN 55102, counsel for Third-Party Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause

Filed MAY 17 2001
Francis E. Dosal, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ____________

shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: May 17, 2001

DONOVAN W. FRANK
Judge of United States District Court